# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SONIA R. ERICKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09-cv-02461-cgc |
| ) | |
| BROCK & SCOTT, PLLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING MOTION FOR PRO HAC VICE

The Court having read and considered Plaintiff's Motion Requesting Pro Hac Vice Admission filed on November 10, 2009, is of the opinion that the same should be **GRANTED.**

IT IS SO ORDERED this 16th day of November, 2009.

S/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE
