## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SONJA R. ERICKSON,<br>    Plaintiff,<br><br>    versus<br><br>BROCK & SCOTT, PLLC,<br>    Defendant. | )<br>)<br>)  Docket No. 2:09-CV-02461<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF DEFAULT BY CLERK OF COURT

COMES NOW the Plaintiff, by and through counsel, and Respectfully Moves the Clerk of this Court for Entry of the default of the Plaintiff as to the Defendant's sole surviving Counterclaim for declaratory relief, pursuant to Fed. R. Civ. P. 55(a).

This the 21st day of May, 2010.

BROCK & SCOTT, PLLC

/s/ Richard L. Jackson
Richard L. Jackson, TN BPR #021211
Counsel for the Defendant

BROCK & SCOTT, PLLC
1315 Westbrook Plaza Drive
Winston-Salem, NC 27103
Telephone:   (336) 354-1797
Telefax:       (336) 354-1588
Email: richard.jackson@brockandscott.com